OTIS E. WOOD et al., as Trustees, etc., Respondents, v. FRANKLIN C. CORNELL, Appellant.

(Argued October 8, 1894 ; decided October 16, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made May 18, 1894, which affirmed an interlocutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term overruling a demurrer to the complaint.

*M. N. Tompkins* for appellant.

*Simeon Smith* for respondents.

Agree to dismiss appeal on argument, with costs, with leave to appellant to answer in thirty days on payment of costs in that time.

All concur.

Appeal dismissed.

_____

PHILIP BECKER, Respondent, v. THE TOWN OF CHERRY CREEK, Appellant.

(Submitted October 8, 1894; decided October 23, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made April 12, 1894, which affirmed an order of Special Term which denied a motion by defendant to change the place of trial.

*C. R. Lockwood* for appellant.

*Adelbert Moot* for respondent.

Agree to dismiss appeal ; no opinion.

All concur.

Appeal dismissed.